# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00022-CV

---

**D. P., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
NO. C2023-2216A, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Following a bench trial, the district court terminated the parental rights of K.P. (Mother) and D.M. (Father) to their approximately one-year-old son D.R.M. Neither parent has appealed the trial court's order. However, D.R.M.'s maternal grandmother D.P. (Grandmother) has filed a pro se notice of appeal, challenging the trial court's order striking her petition to intervene in the suit.

Grandmother's brief was due to be filed in this Court on May 6, 2025. On May 14, 2025, we notified Grandmother that if we did not receive a brief accompanied by a motion for extension of time on or before May 27, 2025, the appeal would be subject to dismissal for want of prosecution.

The deadline has passed, and Grandmother has not filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

---

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed for Want of Prosecution

Filed:   June 6, 2025